UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY and        )
MONSANTO TECHNOLOGY LLC   )
      Plaintiffs,        )
                    )
     vs.        )        Case No. 4:04CV425 HEA
                    )
LOREN DAVID,        )
                    )
      Defendant.        )

## **AMENDED JUDGMENT**

In accordance with the Opinions, Memoranda and Orders entered in this

matter,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that

Plaintiffs are awarded a reasonable royalty for Defendant's knowing infringement of

Monsanto's patent in the amount of $86,798.08.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

Plaintiffs are entitled to recover its legal fees in the amount of $323,140.05.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

Plaintiffs' are awarded 9% per annum prejudgment interest, in the amount of $21.44

per day, for at total of $42,086.72.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

plaintiffs are awarded enhanced damages in the amount of $10,000 additional

damages.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that costs

are taxed in the amount of $30,542.99, pursuant to 28 U.S.C. § 1920.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that

Plaintiffs are awarded costs and expenses pursuant to the parties' Technology

Agreement in the amount of $164,608.03.

Dated this 16th day of October, 2008.

_____

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE